# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael A. Hammer, U.S.M.J. |
| v. | : Mag. No. 17-4061 (MAH) |
| DAVE GARRETT CUMMINGS | : **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Meredith J. Williams, Assistant United States Attorney), and Defendant Dave Garrett Cummings (by Mark A. Bailey, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and three prior continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1)   Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter, which would render trial unnecessary;

(2)   Defendant has consented to the aforementioned continuance;

(3)   The grant of a continuance will likely conserve judicial resources; and

(4)    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 27th day of July, 2017;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including October 10, 2017; and it is further

**ORDERED** that the period from the date this Order is signed through and including October 10, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

Form and entry consented to:

Mark A. Bailey
Counsel for Defendant

Meredith J. Williams
Assistant United States Attorney

Ronnell L. Wilson
Chief, OCDETF/Narcotics

John Gay
Deputy Chief, Criminal Division